# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2015 WY 2

*October Term, A.D. 2014*

**January 7, 2015**

KURT YOUNG,

**Appellant**
**(Defendant),**

**v.**                                                   S-14-0192

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S "JUDGMENT, SENTENCE AND ORDER OF INCARCERATION"

[¶1]    **This matter** came before the Court upon the filing of Appellant's *pro se* "Brief of Appellant."  Pursuant to a plea agreement, Appellant entered unconditional guilty pleas to one felony and two misdemeanors:  delivery of methamphetamine, possession of marijuana, and possession of methamphetamine.  This is Appellant's direct appeal from the resulting convictions.  On October 23, 2014, Appellant's court-appointed appellate counsel filed a second "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  Following a careful review of the record and the "*Anders* briefs" submitted by counsel, this Court, on November 18, 2014, entered its "Order Granting Motion for Court-Appointed Counsel to Withdraw."   That Order notified Appellant the District Court's June 10, 2014, "Judgment, Sentence and Order of Incarceration" would be affirmed unless, on or before January 5, 2015, Appellant filed a brief that persuaded this Court the captioned appeal is not wholly frivolous.  Appellant filed his *pro se* "Brief of Appellant" on December 11, 2014.   After a careful review of that brief, this Court concludes that it presents no meritorious issue based on the record extant.   Instead, the brief, for the most part, presents issues that were considered in the *Anders* briefs.  It is, therefore,

[¶2] **ORDERED** that the district court's June 10, 2014, "Judgment, Sentence and Order of Incarceration" be, and the same hereby is, affirmed in all respects.

[¶3] **DATED** this 7th day of January, 2015.

**BY THE COURT:**

/s/

**E. JAMES BURKE**
**Chief Justice**
